[No. 21444–6–I.   Division One.   January 8, 1990.]

GREGORY RUND, *Respondent,* v. CHRIS DEMOPOLIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–02349–0, Robert E. Dixon, J., entered November 24, 1987. *Affirmed* by unpublished opinion per Webster, J., concurred in by Swanson and Forrest, JJ.

[No. 12419–0–II.   Division Two.   January 8, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. SAMUEL DEAN ADAIR, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88–1–00527–5, Nile E. Aubrey, J., entered July 27, 1988. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, A.C.J., and Reed, J.

[No. 12075–5–II.   Division Two.   January 8, 1990.]

WILLIAM L. WEAKLEY, ET AL, *Appellants,* v. CATHY PAIGE HOFFMAN, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 87–2–00006–2, James I. Maddock, J., entered June 6, 1988. *Affirmed* by unpublished opinion per Wieland, J. Pro Tem., concurred in by Pearson and Utter, JJ. Pro Tem.